JACOB A. ADLERSTEIN ALEXIA D. KORBERG 
 JUSTIN ANDERSON ALAN W. KORNBERG 
1285 AVENUE OF THE AMERICAS UNIT 5201, FORTUNE FINANCIAL CENTER ALLAN J. ARFFA DANIEL J. KRAMER 
 JONATHAN H. ASHTOR CAITH KUSHNER 
NEW YORK, NEW YORK 10019-6064 5S DONGSANHUAN ZHONGLU ROBERT A. ATKINS DAVID K. LAKHDHIR 
 CHAOYANG DISTRICT, BEIJING 100020, CHINA DAVID J. BALL JOHN E. LANGE 
 7372000: TELEPHONE (86-10) 5828-6300 PAULIN: paste BRIANICSEAVING 
 J. STEVEN BAUGHMAN XIAOYU GREG LIU 
 LYNN B. BAYARD LORETTA E. LYNCH 
 (kate 4 98:1) CRAIG A. BENSON JEFFREY D. □□□□□□□ 
RANDOLPH E. PAUL (1946-1956) HONS BONS Se ee ee MARK S. BERGMAN MARCO V. MASOTTI 
 ’ DAVID M. BERNICK DAVID W. MAYO 
SIMON H. RIFKIND (1950-1995) HONG KONG JOSEPH J. BIAL ELIZABETH R. MCCOLM 
LOUIS S. WEISS (1927-1950) BRUCE BIRENBOIM JEAN M. MCLOUGHLIN 
 TELEPHONE (852) 2846-0300 H. CHRISTOPHER BOEHNING ALVARO MEMBRILLERA 
F. WHARTON (1927-1977) ‘ , ANGELO BONVINO MARK F. MENDELSOHN 
 BavID W. BROWN WILLIAM □□ □□□□□□□ 
 AEDER.CS SUSANNA M. BUERGEL JUDIE NG SHORTELL* 
 10 NOBLE STREET JESSICA S. CAREY CATHERINE NYARADY 
 DAVID CARMONA JANE B. O’BRIEN 
 FONDON ECA 200);,UNITEDIRINGDOM GEOFFREY R. CHEPIGA ALEX YOUNG K. OH 
 TERED HOM Gitte gies BU Ison WILLIAM A CLARFMAN RELLEY 9. PARKER 
WRITER'S DIRECT DIAL NUMBER LEWIS R. CLAYTON LINDSAY B. PARKS 
 YAHONNES CLEARY ANDREW M. PARLEN 
(212) 373-3215 FUKOKU SEIMEI BUILDING RACHAEL G. COFFEY CHARLES J. PESANT 
 i ft JAY COHEN JESSICA E. PHILLIPS* 
 22 UCHISe WAICH OT CHOME KELLEY A. CORNISH VALERIE E. RADWANER 
 CHIYODA-KU, TOKYO 100-0011, JAPAN CHRISTOPHER J. CUMMINGS JEFFREY J. RECHER 
 3 a THOMAS VY. DE LA BASTIDE III CARL L. REISNER 
 DIRECT FACSIMILE TELEPHONE (81-3) 3597-8101 MEREDITH DEARBORN LORIN L. REISNER 
 ARIEL J. DECKELBAUM JEANNIE S. RHEE* 
(212) 492-0215 KAREN L. DUNN WALTER G. RICCIARDI 
 TORONTO-DOMINION CENTRE RSE cieae □□□□ 
 7ING SPREBR WEST 100 GREGORY A. EZRING ANDREW N. ROSENBERG 
 DIRECT E-MAIL ADDRESS P.O. BOX 226 ANOREW Ce Rie SACO □□□□□ 
Iclayton aulweiss.com REEESERER Es fete ed tare mee aw ee BRAD J. FINKELSTEIN CHARLES F. “RICK” RULE* 
y p . TELEPHONE (416) 504-0520 BRIAN P. FINNEGAN RAPHAEL M. RUSSO 
 ROBERTO FINZI ELIZABETH M. SACKSTEDE! 
 PETER E. FISCH JEFFREY D. SAFERSTEIN 
 HARRIS FISCHMAN JEFFREY B. SAMUELS 
 2001 K STREET, NW ANDREW J. FOLEY KENNETH M. SCHNEIDER 
 WASHINGTON, DC 20006-1047 ANDREW J. FORMAN* ROBERT B. SCHUMER 
 HARRIS B. FREIDUS JOHN M. SCOTT 
 TELEPHONE (202) 223-7300 CHRISTOPHER D. FREY BRIAN SCRIVANI 
 MANUEL S. FREY KYLE T. SEIFRIED 
 ANDREW L. GAINES KANNON K. SHANMUGAM* 
 KENNETH A. GALLO AUDRA J. SOLOWAY 
 SOCIDEEAWARERAVENUE SUInE/Z0° MICHAEL E. GERTZMAN SCOTT M. SONTAG 
 POST OFFICE BOX 32 ADAM M. GIVERTZ SARAH STASNY 
 WILMINGTON, DE 19899-0032 SALVATORE GOGLIORMELLA TARUN M. STEWART 
 NEIL GOLDMAN ERIC ALAN STONE 
 November 6, 2020 TELEPHONE (302) 655-4410 MATTHEW B. GOLDSTEIN AIDAN SYNNOTT 
 ROBERTO J. GONZALEZ* BRETTE TANNENBAUM 
 CATHERINE L. GOODALL RICHARD C. TARLOWE 
 ERIC GOODISON MONICA K. THURMOND 
 CHARLES H. GOOGE, JR. DANIEL J. TOAL 
 ANDREW G. GORDON LAURA C. TURANO 
 BRIAN S. GRIEVE CONRAD VAN LOGGERENBE 
 UDI GROFMAN LIZA M. VELAZQUEZ 
 NICHOLAS GROOMBRIDGE MICHAEL VOGEL 
 BRUCE A. GUTENPLAN RAMY J. WAHBEH 
 CLAUDIA HAMMERMAN THEODORE □ WELLS, JR 
 BRIAN S. HERMANN LINDSEY L. WIERSMA 
 USDC SDNY MICHELE HIRSHMAN STEVEN J. WILLIAMS 
 rs ROBERT E. HOLO LAWRENCE I. WITDORCHIC 
 DOCUMENT DAVID S. HUNTINGTON AUSTIN WITT 
 AMRAN HUSSEIN MARK B. WLAZLO 
 LORETTA A. IPPOLITO JULIA TARVER MASON WOC 
 + + WILLIAM A. ISAACSON* JENNIFER H. WU 
 ELECTRONICALLY FILED JAREN JANGHORBANI BETTY YAP* 
 BRIAN M. JANSON JORDAN E. YARETT 
 bpoc#: JEH C. JOHNSON KAYE N. YOSHINO 
 MEREDITH J. KANE TONG YU 
 PATRICK RARSNITZ TAURIE Mt □□□□□□□ 
 DATE FILED: November 9, 2020 JOHN C. KENNEDY T. ROBERT ZOCHOWSKI, JR 
 *NOT ADMITTED TO THE NEW YORK BAR 
 *ADMITTED TO THE CALIFORNIA BAR 
 Re: — Canfield, et al. v. SS&C Technologies Holdings, Inc., et al., 18-CV-08913-ALC 
 Mendon, et al. v. SS&C Technologies Holdings, Inc., et al., 18-CV-10252-ALC 
 Ferguson et al v. Ruane, Cunniff & Goldfarb, Inc., et al., 17-CV-06685-ALC 
 SAP See FRA TT, eRe eer re 
 Pevigghons fa CE ew rl JORS □□□ □ 
 ° Bite te F A a □□ 
 Dear Judge Carter: dds EOE □□ 
 . . 1 
 We represent the DST Defendants in these actions.’ Pursuant to Your 
 Honor’s Individual Practices, we write to request permission to file and maintain under 
 seal a response filed contemporaneously herewith to the letter filed under seal by Andrew 
 Schermerhorn on November 4, 2020 (see ECF Nos. 84-85 (Canfield); 230-31 
 (Ferguson); 81-82 (Mendon). We respectfully submit that the letter submitted by Mr. 
 Schermerhorn and the accompanying response should be maintained under seal. 

 The “DST Defendants” are DST Systems, Inc. (“DST”), the Advisory Committee of the DST Systems, 

 Inc. 401(k) Profit Sharing Plan (the “Advisory Committee”), and the Compensation Committee of the 
 Board of Directors of DST (the “Compensation Committee”). 

PAUL, WEIOo, RIFRINIT, WARIS @& □□□ RIOWIN LL 

 The Honorable Andrew L. Carter, Jr.

 While a presumption of public access applies to judicial documents, i.e., 
 documents relevant to the performance of the judicial function and useful in the judicial 
 process, the weight of the presumption is “governed by the role of the material at issue” 
 and the resulting value of such information to the public. See Lugosch v. Pyramid Co. of 
 Onondaga, 435 F.3d 110, 119 (2d Cir. 2006); United States v. Amodeo (“Amodeo I”), 44 
 F.3d 141, 145 (2d Cir. 1995). Courts must also balance against the weight of the 
 presumption any countervailing factors, such as “the privacy interests of those resisting 
 □□□□□□□□□□□□□□□□□□□□□ “the degree to which the subject matter 1s traditionally considered 
 private rather than public”—and the “nature and degree of injury” resulting from 
 disclosure. See Lugosch, 435 F.3d at 120; United States v. Amodeo (“Amodeo IIT”), 71 
 F.3d 1044, 1050-51 (2d Cir. 1995). 
 Courts in this district have found sealing warranted in similar 
 circumstances. See In re: General Motors, 2015 WL 9480477 at *1, n.1 (S.D.N.Y. Dec. 
 29, 2015); see also Fernandez v. City of New York, 457 F. Supp. 3d 364, 400-401 
 (S.D.N.Y. 2020). 
 Respectfully submitted, 

 /s/ Lewis R. Clayton 
 Lewis R. Clayton 

 ce: All Counsel of Record (by ECF Filing) 

 (Sistas Com 
 HON. ANDREW I CANTER, JA. 
 WMFPED STATES DISTRIGT JUDGE i 
 November 9, 2020 
 The Court grants the DST 
 Defendants’ motion to keep their 
 letter response kept under seal.